UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

Bryan Whittle,

           Defendant.

-------------------------------------------------------x

ORDER

Docket No. 16 CR 00666 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Howard E. Tanner, is to assume representation of the defendant in the above captioned matter as of April 21, 2023. Mr. Tanner is appointed pursuant to the Criminal Justice Act. His address is Howard Tanner, Esq., 175 Main Street, Suite 800, White Plains, New York 10601, phone number (914) 358-5998; Email: htanner@tannerortega.com.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       April 24, 2023